Núm. 8525.—De Jesús et al., apldos. *v.* Assad, aplte.—C. D. Arecibo. ▮▮▮▮▮ Julio 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

Por cuanto, la parte apelada presentó una segunda moción solicitando la desestimación del recurso por ser frívolo y haber sido interpuesto de mala fe;

Por cuanto, señalada la vista de la moción para el 20 de julio en curso ambas partes no comparecieron, radicando una estipulación sometiendo el caso por los autos que aparecen en esta Corte;

Por cuanto, la sentencia apelada se dictó sobre los méritos basándose la corte sentenciadora, no solamente en las alegaciones, sino también en la prueba y ésta no se halla ante nosotros.

Por tanto, no habiendo proporcionado la apelada a esta Corte la transcripción de la evidencia y otros documentos presentados por el demandado y apelante que son necesarios para apreciar si el recurso es frívolo, no ha lugar a su desestimación.